UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| REGIONS BANK | CIVIL ACTION NO. 09-CV-0422 |
| VS. | JUDGE MELANÇON |
| BONSAI SUSHI DOWNTOWN LAFAYETTE LLC<br>BONSAI SUSHI LLC<br>PAUL D. LEE | MAGISTRATE JUDGE METHVIN |

## JURISDICTIONAL AMOUNT REVIEW RULING

This diversity case was filed directly in federal court alleging jurisdiction under 28 U.S.C. §1332. As required by a standing order of this court, the undersigned has reviewed the record to determine whether the required jurisdictional amount has been established.

The Complaint alleges that plaintiff Regions Bank is the owner and holder of a promissory note made by defendants Bonsai Sushi Downtown Lafayette LLC, and Bonsai Sushi Downtown Lafayette LLC (borrower) and guaranteed by defendant Paul D. Le; Bonsai Sushi and Le have defaulted on the loan; and plaintiff seeks a judgment for the current principal due in the amount of $403,200.20 plus interest and late fees.

Considering the foregoing, the undersigned concludes that the required jurisdictional amount has been established, and no further briefing is required.

Signed at Lafayette, Louisiana this 20th day of June, 2009.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)